# EXHIBIT A

**Akorn Holding Company, LLC, et al.**
**Bankruptcy Case #23-10253**
**Trasnfers from Akorn Operating Company LLC to John Sweeney**

| Transfer Date | Transfer Description | Transfer Amount | Avoidable Transfer Amount |
|---|---|---|---|
| 11/25/2022 | Salary | $ 27,884.62 | $ 11,538.46 |
| 12/9/2022 | Salary | $ 27,884.62 | $ 11,538.46 |
| 12/23/2022 | Salary | $ 27,884.62 | $ 11,538.46 |
| 1/6/2023 | Salary | $ 27,884.62 | $ 11,538.46 |
| 1/20/2023 | Salary | $ 27,884.62 | $ 11,538.46 |
| 1/27/2023 | Retainer Bonus | $ 300,000.00 | $ 300,000.00 |
| 2/3/2023 | Salary | $ 27,884.62 | $ 11,538.46 |
| 2/17/2023 | Salary | $ 27,884.62 | $ 11,538.46 |
| 2/22/2023 | Consulting Retainer | $ 235,625.00 | $ 97,500.00 |
| 2/23/2023 | Salary | $ 25,096.16 | $ 10,384.61 |
|  |  | $ 755,913.50 | $ 488,653.83 |